UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| FUNDS IN THE AMOUNT OF $94,059.31 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NUMBER xxxxxxxxx891, | ) ) ) ) ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

**VERIFIED COMPLAINT FOR FORFEITURE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, for its verified complaint against the above-named defendant property alleges in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure as follows:

1. This complaint for forfeiture is verified by the attached affidavit of Special Agent David D. Barth of the Internal Revenue Service ("IRS"), which is fully incorporated herein.

**Jurisdiction and Venue**

2. This is an *in rem* forfeiture action brought pursuant to Title 31, United States Code, Section 5317(c)(2), for forfeiture of funds in the amount of $94,059.31 seized from JP Morgan Bank account number xxxxxxxxx891 as funds involved in violations of Title 31, United States Code, Sections 5313 and 5324. This court has jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345 and 1355.

3. This court has *in rem* jurisdiction over the defendant property pursuant to Title 28, United States Code, Sections 1355(b)(1)(A) and (d), as certain of the acts giving rise to the forfeiture occurred within the Northern District of Illinois.

4. Venue is proper under 28 U.S.C. § 1395(b) because the defendant funds were found and seized within the Northern District of Illinois and shall remain herein during the pendency of this action.

**Specific Allegations**

5. Title 31, United States Code, Section 5313(a) and Title 31, Code of Federal Regulations, Section 103.22 require domestic financial institutions to prepare and file with the Internal Revenue Service a Currency Transaction Report (Form 4789) ("CTR") for any transaction involving currency of more than $10,000. Further, Title 31 of the Code of Federal Regulations requires financial institutions to verify and record information relating to the individual involved in the transaction, as well as the entity or person on whose behalf the transaction was to be conducted. Under certain circumstances, failure to file such a report is a violation of federal criminal law. An individual is not permitted to conduct transactions in any manner that is designed to cause the financial institutions to fail to file a CTR. 31 U.S.C. § 5324.

6. Structuring, as defined in 31 C.F.R. Section 103.11 (gg), provides, in part, that "a person structures a transaction if that person, acting alone, or in conjunction with, or on behalf of, other persons, conducts or attempts to conduct one or more transaction(s) in currency, in any amount, at one or more financial institutions, on one or more days, in any manner, for the purpose of evading the CTR reporting requirements. In any manner includes, but is not limited to, the breaking down of a single sum of currency exceeding $10,000 into smaller sums, including sums at or below $10,000. The transaction or transactions need not exceed the $10,000 reporting threshold at any single financial institution on any single day in order to constitute structuring.

None.

7. During the period of no later than approximately May 1, 2008, to the present, RN International, Inc ("RN International") has maintained a checking account at JP Morgan Chase Bank. RN International is located at 3909 West Lawrence Avenue in Chicago, Illinois. On December 6, 2008, surveillance conducted at the location revealed that the business operates out of a 50 foot storefront location and appears to sell items that are typically sold at "dollar stores," such as, air fresheners, over-the-counter medical supplies, and other non-prescription health care products. However, they do not sell items on an individual retail basis.

8. A review of bank records for the business shows that multiple cash deposits took place on the same banking day in amounts totaling in excess of $10,000. Each cash deposit individually was below the $10,000 reporting requirement in order to avoid reporting requirements.

9. According to bank records, between approximately May 1, 2008, to the present, the authorized signatories on RN International's JP Morgan Chase Bank checking account ending in 891 are Sunil M. Shah and Amit Kumar Shah.

10. A review of bank records revealed that during the period July 2, 2009, through February 12, 2010, 188 cash deposits totaling $1,413,096 were made into the JP Morgan Chase checking account. Each of these deposits was under $10,000 and many occurred on the same day.

11. On July 2, 2010, Special Agent Barth telephonically interviewed Employee A, Compliance Officer for JP Morgan Chase Bank. Employee A stated that on August 19, 2008, JP Morgan Chase sent RN International a "Structuring Warning Letter." This letter is sent to customers that Chase believes are illegally structuring cash transactions. The Structuring Warning Letter also contains references to the Structuring laws contained in Title 31 of the United States Code. In response to the letter, Sunil M. Shah contacted Employee A on August 26, 2008. Employee A stated that during their conversation she advised Shah to cease the structuring activity of the cash deposits

and Shah agreed to do so. IRS databases reflect there were seventy-six CTRs filed on RN International after Employee A's conversation with Shah.

12. RN International has not filed any IRS Forms 8300 from the period of January 11, 2005 through April 20, 2010. A Form 8300 is a report of cash payment over $10,000 received in a trade or business. Each person engaged in a trade or business who, in the course of that trade or business, receives more than $10,000 in cash in one transaction or in two or more related transactions, must file Form 8300. Any transactions conducted between a payer (or its agents) and the recipient in a 24-hour period are related transactions. Transactions are considered related even if they occur over a period of more than 24 hours if the recipient knows, or has reason to know, that each transaction is one of a series of connected transactions.

13. The following chart shows cash deposits between approximately July 2, 2009 and February 12, 2010:

**JP Morgan Chase Bank Account #xxxxxxxxxx891 in the name of RN International**

| Date | Description | Amount | Typ |
|---|---|---|---|
| Thursday, July 02, 2009 | Deposit | $2,000.00 | Cash |
| Friday, July 03, 2009 | Deposit | $1,583.00 | Cash |
| Monday, July 06, 2009 | Deposit | $6,000.00 | Cash |
| Tuesday, July 07, 2009 | Deposit | $2,000.00 | Cash |
| Wednesday, July 08, 2009 | Deposit | $5,000.00 | Cash |
| Thursday, July 09, 2009 | Deposit | $6,000.00 | Cash |
| Friday, July 10, 2009 | Deposit | $2,656.00 | Cash |
| Friday, July 10, 2009 | Deposit | $6,600.00 | Cash |
| Monday, July 13, 2009 | Deposit | $6,120.00 | Cash |
| Tuesday, July 14, 2009 | Deposit | $4,430.00 | Cash |
| Wednesday, July 15, 2009 | Deposit | $4,500.00 | Cash |
| Thursday, July 16, 2009 | Deposit | $8,690.00 | Cash |
| Friday, July 17, 2009 | Deposit | $8,000.00 | Cash |
| Monday, July 20, 2009 | Deposit | $3,000.00 | Cash |
| Wednesday, July 22, 2009 | Deposit | $940.00 | Cash |
| Wednesday, July 22, 2009 | Deposit | $150.00 | Cash |
| Wednesday, July 22, 2009 | Deposit | $2,700.00 | Cash |
| Friday, July 24, 2009 | Deposit | $1,375.00 | Cash |
| Sunday, July 26, 2009 | Deposit | $5,000.00 | Cash |
| Tuesday, July 28, 2009 | Deposit | $5,000.00 | Cash |
| Wednesday, July 29, 2009 | Deposit | $8,900.00 | Cash |
| Thursday, July 30, 2009 | Deposit | $8,700.00 | Cash |

| Date | Type | Amount | Method |
|---|---|---|---|
| Friday, July 31, 2009 | Deposit | $8,200.00 | Cash |
| Monday, August 03, 2009 | Deposit | $8,900.00 | Cash |
| Monday, August 03, 2009 | Deposit | $8,900.00 | Cash |
| Tuesday, August 04, 2009 | Deposit | $8,900.00 | Cash |
| Wednesday, August 05, 2009 | Deposit | $8,000.00 | Cash |
| Thursday, August 06, 2009 | Deposit | $8,700.00 | Cash |
| Friday, August 07, 2009 | Deposit | $8,528.00 | Cash |
| Monday, August 10, 2009 | Deposit | $9,250.00 | Cash |
| Monday, August 10, 2009 | Deposit | $8,900.00 | Cash |
| Tuesday, August 11, 2009 | Deposit | $9,350.00 | Cash |
| Wednesday, August 12, 2009 | Deposit | $9,150.00 | Cash |
| Thursday, August 13, 2009 | Deposit | $9,000.00 | Cash |
| Friday, August 14, 2009 | Deposit | $5,575.00 | Cash |
| Monday, August 17, 2009 | Deposit | $8,900.00 | Cash |
| Tuesday, August 18, 2009 | Deposit | $8,900.00 | Cash |
| Wednesday, August 19, 2009 | Deposit | $8,760.00 | Cash |
| Thursday, August 20, 2009 | Deposit | $8,885.00 | Cash |
| Friday, August 21, 2009 | Deposit | $8,500.00 | Cash |
| Monday, August 24, 2009 | Deposit | $8,000.00 | Cash |
| Monday, August 24, 2009 | Deposit | $8,940.00 | Cash |
| Tuesday, August 25, 2009 | Deposit | $6,100.00 | Cash |
| Wednesday, August 26, 2009 | Deposit | $8,870.00 | Cash |
| Thursday, August 27, 2009 | Deposit | $8,900.00 | Cash |
| Friday, August 28, 2009 | Deposit | $8,800.00 | Cash |
| Friday, August 28, 2009 | Deposit | $2,900.00 | Cash |
| Monday, August 31, 2009 | Deposit | $8,900.00 | Cash |
| Monday, August 31, 2009 | Deposit | $7,820.00 | Cash |
| Tuesday, September 01, 2009 | Deposit | $4,000.00 | Cash |
| Tuesday, September 01, 2009 | Deposit | $2,000.00 | Cash |
| Thursday, September 03, 2009 | Deposit | $2,000.00 | Cash |
| Friday, September 04, 2009 | Deposit | $7,400.00 | Cash |
| Tuesday, September 08, 2009 | Deposit | $8,200.00 | Cash |
| Tuesday, September 08, 2009 | Deposit | $6,000.00 | Cash |
| Wednesday, September 09, 2009 | Deposit | $8,950.00 | Cash |
| Thursday, September 10, 2009 | Deposit | $8,900.00 | Cash |
| Friday, September 11, 2009 | Deposit | $8,850.00 | Cash |
| Monday, September 14, 2009 | Deposit | $9,500.00 | Cash |
| Monday, September 14, 2009 | Deposit | $8,900.00 | Cash |
| Tuesday, September 15, 2009 | Deposit | $9,500.00 | Cash |
| Wednesday, September 16, 2009 | Deposit | $230.00 | Cash |
| Wednesday, September 16, 2009 | Deposit | $8,960.00 | Cash |
| Thursday, September 17, 2009 | Deposit | $8,500.00 | Cash |
| Friday, September 18, 2009 | Deposit | $700.00 | Cash |
| Monday, September 21, 2009 | Deposit | $6,500.00 | Cash |
| Monday, September 21, 2009 | Deposit | $7,200.00 | Cash |
| Tuesday, September 22, 2009 | Deposit | $8,950.00 | Cash |
| Wednesday, September 23, 2009 | Deposit | $8,985.00 | Cash |
| Thursday, September 24, 2009 | Deposit | $9,600.00 | Cash |
| Friday, September 25, 2009 | Deposit | $9,350.00 | Cash |
| Monday, September 28, 2009 | Deposit | $6,000.00 | Cash |
| Monday, September 28, 2009 | Deposit | $9,280.00 | Cash |
| Tuesday, September 29, 2009 | Deposit | $9,550.00 | Cash |

| Date | Type | Amount | Method |
|---|---|---|---|
| Wednesday, September 30, 2009 | Deposit | $9,175.00 | Cash |
| Thursday, October 01, 2009 | Deposit | $9,550.00 | Cash |
| Friday, October 02, 2009 | Deposit | $8,700.00 | Cash |
| Monday, October 05, 2009 | Deposit | $8,700.00 | Cash |
| Monday, October 05, 2009 | Deposit | $9,400.00 | Cash |
| Tuesday, October 06, 2009 | Deposit | $8,980.00 | Cash |
| Wednesday, October 07, 2009 | Deposit | $8,430.00 | Cash |
| Thursday, October 08, 2009 | Deposit | $8,800.00 | Cash |
| Monday, October 12, 2009 | Deposit | $8,400.00 | Cash |
| Tuesday, October 13, 2009 | Deposit | $3,700.00 | Cash |
| Wednesday, October 14, 2009 | Deposit | $8,900.00 | Cash |
| Thursday, October 15, 2009 | Deposit | $3,000.00 | Cash |
| Thursday, October 15, 2009 | Deposit | $6,000.00 | Cash |
| Friday, October 16, 2009 | Deposit | $8,800.00 | Cash |
| Monday, October 19, 2009 | Deposit | $8,600.00 | Cash |
| Monday, October 19, 2009 | Deposit | $9,500.00 | Cash |
| Tuesday, October 20, 2009 | Deposit | $8,960.00 | Cash |
| Tuesday, October 20, 2009 | Deposit | $600.00 | Cash |
| Wednesday, October 21, 2009 | Deposit | $9,470.00 | Cash |
| Thursday, October 22, 2009 | Deposit | $9,695.00 | Cash |
| Friday, October 23, 2009 | Deposit | $9,500.00 | Cash |
| Monday, October 26, 2009 | Deposit | $9,300.00 | Cash |
| Monday, October 26, 2009 | Deposit | $9,300.00 | Cash |
| Tuesday, October 27, 2009 | Deposit | $9,150.00 | Cash |
| Wednesday, October 28, 2009 | Deposit | $5,650.00 | Cash |
| Thursday, October 29, 2009 | Deposit | $8,377.00 | Cash |
| Friday, October 30, 2009 | Deposit | $9,500.00 | Cash |
| Monday, November 02, 2009 | Deposit | $9,050.00 | Cash |
| Monday, November 02, 2009 | Deposit | $9,000.00 | Cash |
| Tuesday, November 03, 2009 | Deposit | $8,900.00 | Cash |
| Wednesday, November 04, 2009 | Deposit | $7,780.00 | Cash |
| Thursday, November 05, 2009 | Deposit | $9,500.00 | Cash |
| Friday, November 06, 2009 | Deposit | $8,900.00 | Cash |
| Monday, November 09, 2009 | Deposit | $8,900.00 | Cash |
| Monday, November 09, 2009 | Deposit | $8,300.00 | Cash |
| Tuesday, November 10, 2009 | Deposit | $8,600.00 | Cash |
| Thursday, November 12, 2009 | Deposit | $8,760.00 | Cash |
| Friday, November 13, 2009 | Deposit | $8,900.00 | Cash |
| Monday, November 16, 2009 | Deposit | $8,900.00 | Cash |
| Monday, November 16, 2009 | Deposit | $8,900.00 | Cash |
| Tuesday, November 17, 2009 | Deposit | $8,900.00 | Cash |
| Wednesday, November 18, 2009 | Deposit | $8,900.00 | Cash |
| Thursday, November 19, 2009 | Deposit | $8,900.00 | Cash |
| Friday, November 20, 2009 | Deposit | $8,900.00 | Cash |
| Monday, November 23, 2009 | Deposit | $8,900.00 | Cash |
| Monday, November 23, 2009 | Deposit | $8,950.00 | Cash |
| Tuesday, November 24, 2009 | Deposit | $8,960.00 | Cash |
| Wednesday, November 25, 2009 | Deposit | $8,900.00 | Cash |
| Friday, November 27, 2009 | Deposit | $2,990.00 | Cash |
| Monday, November 30, 2009 | Deposit | $8,900.00 | Cash |
| Monday, November 30, 2009 | Deposit | $8,500.00 | Cash |
| Tuesday, December 01, 2009 | Deposit | $8,786.00 | Cash |

| Date | Transaction | Amount | Type |
|---|---|---|---|
| Thursday, December 03, 2009 | Deposit | $3,690.00 | Cash |
| Friday, December 04, 2009 | Deposit | $5,000.00 | Cash |
| Monday, December 07, 2009 | Deposit | $8,900.00 | Cash |
| Tuesday, December 08, 2009 | Deposit | $8,733.00 | Cash |
| Wednesday, December 09, 2009 | Deposit | $8,790.00 | Cash |
| Wednesday, December 09, 2009 | Deposit | $8,900.00 | Cash |
| Friday, December 11, 2009 | Deposit | $8,900.00 | Cash |
| Saturday, December 12, 2009 | Deposit | $8,900.00 | Cash |
| Monday, December 14, 2009 | Deposit | $9,220.00 | Cash |
| Tuesday, December 15, 2009 | Deposit | $8,900.00 | Cash |
| Wednesday, December 16, 2009 | Deposit | $8,965.00 | Cash |
| Thursday, December 17, 2009 | Deposit | $8,900.00 | Cash |
| Friday, December 18, 2009 | Deposit | $8,950.00 | Cash |
| Saturday, December 19, 2009 | Deposit | $8,900.00 | Cash |
| Monday, December 21, 2009 | Deposit | $9,240.00 | Cash |
| Tuesday, December 22, 2009 | Deposit | $8,700.00 | Cash |
| Wednesday, December 23, 2009 | Deposit | $8,700.00 | Cash |
| Thursday, December 24, 2009 | Deposit | $3,960.00 | Cash |
| Monday, December 28, 2009 | Deposit | $8,900.00 | Cash |
| Wednesday, December 30, 2009 | Deposit | $8,870.00 | Cash |
| Saturday, January 02, 2010 | Deposit | $8,900.00 | Cash |
| Monday, January 04, 2010 | Deposit | $8,900.00 | Cash |
| Tuesday, January 05, 2010 | Deposit | $9,000.00 | Cash |
| Wednesday, January 06, 2010 | Deposit | $8,000.00 | Cash |
| Thursday, January 07, 2010 | Deposit | $9,250.00 | Cash |
| Friday, January 08, 2010 | Deposit | $9,700.00 | Cash |
| Monday, January 11, 2010 | Deposit | $9,600.00 | Cash |
| Monday, January 11, 2010 | Deposit | $9,000.00 | Cash |
| Tuesday, January 12, 2010 | Deposit | $9,700.00 | Cash |
| Wednesday, January 13, 2010 | Deposit | $9,100.00 | Cash |
| Friday, January 15, 2010 | Deposit | $8,675.00 | Cash |
| Saturday, January 16, 2010 | Deposit | $9,700.00 | Cash |
| Sunday, January 17, 2010 | Deposit | $9,100.00 | Cash |
| Tuesday, January 19, 2010 | Deposit | $8,965.00 | Cash |
| Wednesday, January 20, 2010 | Deposit | $9,500.00 | Cash |
| Thursday, January 21, 2010 | Deposit | $9,000.00 | Cash |
| Friday, January 22, 2010 | Deposit | $9,500.00 | Cash |
| Saturday, January 23, 2010 | Deposit | $8,900.00 | Cash |
| Monday, January 25, 2010 | Deposit | $8,900.00 | Cash |
| Tuesday, January 26, 2010 | Deposit | $9,500.00 | Cash |
| Wednesday, January 27, 2010 | Deposit | $8,900.00 | Cash |
| Wednesday, January 27, 2010 | Deposit | $200.00 | Cash |
| Wednesday, January 27, 2010 | Deposit | $100.00 | Cash |
| Thursday, January 28, 2010 | Deposit | $1,910.00 | Cash |
| Thursday, January 28, 2010 | Deposit | $1,850.00 | Cash |
| Friday, January 29, 2010 | Deposit | $1,800.00 | Cash |
| Saturday, January 30, 2010 | Deposit | $5,800.00 | Cash |
| Monday, February 01, 2010 | Deposit | $9,500.00 | Cash |
| Tuesday, February 02, 2010 | Deposit | $9,300.00 | Cash |
| Wednesday, February 03, 2010 | Deposit | $8,900.00 | Cash |
| Thursday, February 04, 2010 | Deposit | $9,500.00 | Cash |
| Friday, February 05, 2010 | Deposit | $400.00 | Cash |

| | | | |
|---|---|---|---|
| Friday, February 05, 2010 | Deposit | $8,940.00 | Cash |
| Saturday, February 06, 2010 | Deposit | $8,900.00 | Cash |
| Monday, February 08, 2010 | Deposit | $9,500.00 | Cash |
| Tuesday, February 09, 2010 | Deposit | $748.00 | Cash |
| Tuesday, February 09, 2010 | Deposit | $9,500.00 | Cash |
| Tuesday, February 09, 2010 | Deposit | $9,500.00 | Cash |
| Wednesday, February 10, 2010 | Deposit | $8,400.00 | Cash |
| Thursday, February 11, 2010 | Deposit | $8,700.00 | Cash |
| Thursday, February 11, 2010 | Deposit | $50.00 | Cash |
| Friday, February 12, 2010 | Deposit | $8,900.00 | Cash |
| **Total Amount of Structured Cash** | | **$1,413,096.00** | |

17. On or about July 6, 2010, warrants were executed to seize the funds the above-referenced account, administrative forfeiture was commenced and on September 15, 2010, a claim was filed by RN International, Inc. This complaint is filed pursuant to Title 18, United States Code, Section 983.

18. For the reasons stated herein and in the attached affidavit, incorporated by reference herein, there is probable cause to believe that the funds in the amount of $94,059.31 seized from JP Morgan Chase Bank account number xxxxxxxxx891, were involved in violations of 31 U.S.C. §§ 5313 and 5324, and are therefore subject to forfeiture and condemnation pursuant to 31 U.S.C. § 5317(c).

WHEREFORE, the United States of America requests:

8

A. That the defendant funds be proceeded against for forfeiture and condemnation, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed;

B. That the court adjudge and decree that the defendant funds be forfeit to the United States and disposed of according to law; and

C. The United States requests that any trial be before a jury.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Tony Iweagwu
TONY IWEAGWU
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 469-6151